1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| ASHER LEIDS, An Individual, and LISA LEIDS, an Individual, | **CASE NO.:** CV09-7016-DMG (RZx) |
| Plaintiffs, | **ORDER ON STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION [50]** |
| v. | |
| MET LIFE HOME LOANS, a division of METLIFE BANK, N.A., a Delaware Corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///

1

1    Pursuant to the Stipulation by Plaintiffs Asher Leids and Lisa Leids and

2  Defendant MET LIFE HOME LOANS (the "Parties") to dismiss this action, with

3  prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and based upon

4  the Settlement Agreement and Mutual Release executed between and among the

5  Parties,

6    IT IS HEREBY ORDERED that the above-captioned action is dismissed with

7  prejudice in its entirety, with each party to bear its or his own costs and attorneys fees.

8

9

10  DATED:   October 13, 2011

11  Hon. Dolly M. Gee
    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28